UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

DEC 10 2024 5:30 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN T. MONTI,<br><br>Defendant. | CASE NO. 2:24-CR-179<br><br>JUDGE Judge Graham<br><br>**INFORMATION**<br><br>18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)<br><br>**FORFEITURE ALLEGATION** |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
(Possession of Child Pornography)

On or about April 18, 2024, in the Southern District of Ohio, the defendant, **STEVEN T. MONTI**, knowingly possessed matter, that is, digital media devices that contained one or more visual depictions, the production of such visual depictions having involved the use of prepubescent minors engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such visual depictions being of such conduct, to wit: digital image and video files depicting prepubescent and toddler-aged or infant children engaged in sex acts with adults, bestiality, masturbation, sadistic and masochistic abuse, and the lascivious exhibition of their genitalia, anus, and pubic region, and such visual depictions had been mailed, shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce.

In violation of 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2).

## FORFEITURE ALLEGATION

The allegations of this Information are hereby realleged and incorporated herein by reference for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 2253.

Upon conviction of an offense in violation of 18 U.S.C. § 2252 as alleged in this Information, the defendant, **STEVEN T. MONTI**, shall forfeit to the United States:

(a) all matter containing visual depictions of child pornography and child erotica, transported, mailed, shipped, or possessed in violation of 18 U.S.C. § 2252; and

(b) all property used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. § 2252, including, but not limited to the following:

   i. One Apple iPhone 7 cellular phone; and
   ii. One Samsung Galaxy S22 cellular phone.

**Forfeiture notice in accordance with 18 U.S.C. § 2253(a)(1) and (3) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

KENNETH L. PARKER
United States Attorney

_/s/ Tyler Aagard_
**TYLER AAGARD (NC 54735)**
Assistant United States Attorney